BABETTA WACHSMAN et al., Respondents, *v.* TRAVELERS' INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.

*Wachsman* v. *Travelers' Ins. Co. of Hartford, Conn.*, 175 App. Div. 981, affirmed.

(Submitted January 21, 1919; decided February 4, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1916, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action upon a policy of indemnity insurance against loss suffered by reason of liability imposed by law in damages on account of bodily injuries accidentally sustained including death at any time resulting therefrom by reason of the ownership, maintenance, occupation and use of the premises of the assured, and while within or upon the premises 279 East Fourth street, New York city, or upon the sidewalks or other ways immediately adjoining the said premises. A child of one of plaintiff's tenants while standing in front of said premises was struck by a piece of the cornice which fell from the building and received injuries resulting in death. Her parents recovered a judgment against plaintiff, who seeks in this action to recover the amount paid together with legal expenses from the defendant.

*William J. Moran* for appellant.
*Morris A. Robinovitch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.